CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
<u>Address</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff SAMUEL ZARIAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Zarian**, <br>     Plaintiff, <br>   v. <br> **Hesk, Inc**., a California Corporation; and Does 1-10, <br>     Defendants. | Case No.:  2:19-cv-10394-RGK-AGR <br><br> **NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a resolution has been reached in the above-captioned case.

                              CENTER FOR DISABILITY ACCESS

Dated: January 27, 2020       By: <u>/s/ Amanda Lockhart Seabock</u>
                                            Amanda Lockhart Seabock
                                            Attorney for Plaintiff